█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD GENTILE, Appellant. [947 NYS2d 320]

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Skelos, J.P., Dickerson, Hall, Roman and Cohen, JJ., concur.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACK HSU, Appellant. [947 NYS2d 333]

Since the defendant had not yet completed serving his originally imposed determinate sentence of imprisonment when he was resentenced, his resentencing to a term including the statutorily required period of postrelease supervision in addition to the determinate term of imprisonment previously imposed did not subject him to double jeopardy (*see People v Lingle*, 16 NY3d 621, 630-632 [2011]; *People v Jones*, 94 AD3d 1146 [2012]; *People v Battle*, 94 AD3d 1014 [2012]).

The defendant's remaining contention is without merit. Florio, J.P., Balkin, Hall and Miller, JJ., concur.